UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| | : | |
| CRAIG ANTHONY ALEXANDER, | : | CASE NUMBER: 19-53144-sms |
| | : | |
| Debtor. | : | CHAPTER 7 |
| _____ | : | _____ |
| | : | |
| NANCY J. GARGULA, UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | CONTESTED MATTER |
| | : | |
| vs. | : | |
| | : | |
| CRAIG ANTHONY ALEXANDER, | : | |
| | : | |
| RESPONDENT. | : | |

**RESPONSE IN OPPOSITION TO
MOTION TO DISMISS CASE FOR CAUSE**

COMES NOW Craig Anthony Alexander, Debtor, and responds in opposition to Motion to Dismiss Case for Cause (the "Motion") filed by Nancy J. Gargula, United States Trustee for Region 21, on the basis that Movant has not established cause for the dismissal of Debtor's case.

WHEREFORE, Craig Anthony Alexander respectfully requests that the Court deny the Motion.

Respectfully submitted this 10th day of September 2019.

THE ROTHBLOOM LAW FIRM

/S/

_____
HOWARD D. ROTHBLOOM

|  |  |
|---|---|
| 309 E. Paces Ferry Road, NE<br>Suite 400<br>Marietta, Georgia 30060<br>(770) 792-3636 (telephone) | Georgia Bar No. 915670<br>Attorney for Debtor |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| | : | |
| CRAIG ANTHONY ALEXANDER, | : | CASE NUMBER: 19-53144-sms |
| | : | |
| Debtor. | : | CHAPTER 7 |
| _____ | :_____ | |
| | : | |
| NANCY J. GARGULA, UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | CONTESTED MATTER |
| | : | |
| vs. | : | |
| | : | |
| CRAIG ANTHONY ALEXANDER, | : | |
| | : | |
| RESPONDENT. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed a true and correct copy of the within and foregoing Response in Opposition to Motion to Dismiss Case For Cause with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

Nancy J. Gargula, United States Trustee

Lindsay P.S. Kolba, Office of the United States Trustee

This 10th day of September 2019.

THE ROTHBLOOM LAW FIRM

/S/

_____

309 E. Paces Ferry Road, NE    HOWARD D. ROTHBLOOM
Suite 400    Georgia Bar No. 915670

Marietta, Georgia 30060                    Attorney for Debtor
(770) 792-3636 (telephone)